IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:07CR107 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL AND |
| | ) | REQUEST FOR DIRECTIONS |
| SCOTT ALAN JONES, | ) | TO CLERK |
| | ) | |
| Defendants. | ) | |

NOW ON THIS 28th day of March, 2007, this matter is before the Court on the United States' Motion for Dismissal and Request for Directions to Clerk. (Filing No. 5).  The Court, being duly advised in the premises, finds said Motion should be sustained.

IT IS HEREBY ORDERED:

1.  Leave of Court is granted for the United States to dismiss, without prejudice, the Indictment filed in Criminal Case Number 8:07CR107 herein as to the Defendant,

2.  The Indictment filed herein in Criminal Case Number 8:07CR107 is hereby dismissed, without prejudice, as it pertains to the Defendant.

3.  The United States Clerks Office is directed to refile the Superseding Indictment currently filed in Criminal Case Number 8:07CR107 and file the Superseding Indictment in Criminal Case Number 8:07CR78.

BY THE COURT:


s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief Judge, United States District Court